FILED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X
SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ,
101 Avenue of the Americas
New York, NY 10013

             Plaintiff,

  -against-

QUALITY ASSURED CLEANING CONTRACTORS,
2789 Hartland Rd.
Falls Church, VA 22043
------------------------------------------------------------------X

Case: 1:07-cv-01272
Assigned To : Robertson, James
Assign. Date : 7/17/2007
Description: Labor-ERISA

### NOTICE OF FILING OF PETITION TO COMPEL ARBITRATION

Please take notice that a Petition to Compel Arbitration has been filed this 17th day of July, 2007 in the United States District Court for the District of Columbia, of a labor grievance pursuant to a collective bargaining agreement between the parties in the above-captioned matter. All filings in the District Court shall be made under Civil Action Number _____ CV _____.

                                      /s/ Thomas J. Hart
                                      Thomas J. Hart (D.C. Bar No. 165647)
                                      SLEVIN & HART, P.C.
                                      1625 Massachusetts Avenue, N.W.
                                      Suite 450
                                      Washington, D.C. 20036
                                      Tel. No. (202) 797-8700
                                      Fax No. (202) 234-8231

                                      Attorney for Plaintiff

55952v1