U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Service Employees International Union, Local 32BJ

vs.

Quality Assured Cleaning Contractors

No. 1:07-CV-01272

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Notice of Filing of Petition to Compel Arbitration, Petition to Compel Arbitration, Exhibit A, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on August 9, 2007, I served Quality Assured Cleaning Contractors at 6723 Whittier Avenue, #302, McLean, Virginia 22101 by serving Daniel Press, Registered Agent, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   52
HEIGHT-   5'11"
  HAIR-   BROWN
WEIGHT-   190
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8-10-07
           Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191852