IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ

   Plaintiff,

v.

QUALITY ASSURED CLEANING CONTRACTORS, INC.,

   Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Civil Action No.

07-cv-1272 (JR)

**NOTICE OF CHANGE OF ADDRESS**

   PLEASE TAKE NOTICE that the law firm of Chung & Press, P.C., counsel for Defendant, has moved, and that the street address of the undersigned counsel has changed to the address below. All other contact information (phone, fax, email) remains the same.

   Dated: September 4, 2007.

                  Respectfully submitted,

                  _/s/ Daniel M. Press_
                  Daniel M. Press  #419739
                  CHUNG & PRESS, P.C.
                  6718 Whittier Ave., Suite 200
                  McLean, VA 22101
                  (703) 734-3800
                  (703) 734-0590 fax
                  dpress@chung-press.com