IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, <br><br> Plaintiff, <br> v. <br><br> QUALITY ASSURED CLEANING CONTRACTORS, INC., <br><br> Defendant. | Civil Action No. 07-cv-1272 (JR) |

**PLANTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(B)(4) FOR INSUFFICIENCY OF PROCESS, OR IN THE ALTERNATIVE TO QUASH SERVICE**

Plaintiff, Service Employees International Union, Local 32BJ ("Plaintiff" or "Local 32BJ"), hereby responds to and opposes Defendant Quality Assured Cleaning Contractor's ("Defendant" or "QACC") Motion to Dismiss Under Rule 12(b)(4) for Insufficiency of Process, or in the Alternative to Quash Service on the grounds that said motion is now moot. A proposed order is attached. In support, Plaintiff states as follows:

On August 22, 2007, Plaintiff filed an Affidavit of Service showing that Defendant's registered agent was served with the Petition to Compel Arbitration and the Notice of Filing Petition to Compel Arbitration in this action on August 9, 2007. On August 29, 2007 Defendant filed the instant Motion to Dismiss/Quash Service complaining that they were not served with a summons. As the docket sheet indicates, a summons was indeed not issued in this case. Plaintiff in fact tried to have a summons issued when filing this case and was told by the Court Clerk's Office that it would not issue a summons because summonses are not necessary or required in this type of action.

1

2

Although our research indicated that the Clerk's Office was correct that a summons is not required in this type of action, we noted that in Defendant's motion, Defendant stated that if a Waiver of Service was requested under FRCP Rule 4, it would be willing to waive service if time to answer is given in accordance with that Rule.  Accordingly, in order to save the time and expense of further briefing on the Motion to Dismiss/Quash, on September 6, 2007 Plaintiff sent Defendant's counsel/registered agent a Waiver of Service of Summons.  On September 7, 2007, Defendant returned the executed Waiver as promised, and on that day the waiver was filed with the Court (See Ct Docket No. 6).  Accordingly, the instant Motion is now moot and should be denied.

Dated: September 10, 2007

/s/ Thomas J. Hart
_____
Thomas J. Hart (D.C. Bar No. 165647)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W.
Suite 450
Washington, D.C.  20036
Tel. No. (202) 797-8700
Fax No. (202) 234-8231

Attorney for Plaintiff

Certificate of Service

I certify that on this 10th day of September, 2007, I caused the foregoing, and proposed Order to be served by the District's ECF System upon:

>Daniel M. Press
>Chung & Press, P.C.
>6718 Whittier Ave., Suite 200
>McLean, VA 22101
>dpress@chung-press.com

>/s/ Thomas J. Hart
>Thomas J. Hart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, <br><br>   Plaintiff, <br><br> v. <br><br> QUALITY ASSURED CLEANING CONTRACTORS, INC., <br><br>   Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 07-cv-1272 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER REGARDING DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(4)
FOR INSUFFICIENCY OF PROCESS, OR IN THE ALTERNATIVE TO QUASH SERVICE

Upon consideration of the Motion of Defendant to dismiss this action pursuant to Fed. R. Civ. P. Rule 12(b)(4) for insufficiency of process, or in the alternative to quash service, and Plaintiff's Response in Opposition thereto, the Court finds that said Motion is moot. Therefore, it is hereby ORDERED that said Motion is DENIED.

IT IS SO ORDERED, this ___ day of _____, 2007.

_____
United States District Judge