**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
SERVICE EMPLOYEES INTERNATIONAL  :
UNION, LOCAL 32BJ,               :
                                 :
        Plaintiff,               :
                                 :
   v.                            :  Civil Action No. 07-1272 (JR)
                                 :
QUALITY ASSURED CLEANING         :
CONTRACTORS,                     :
                                 :
        Defendant.               :
```

**ORDER**

Upon a review of the Union's petition to compel arbitration and the employer's response, it does not appear that this case will warrant either extensive briefing or discovery. A hearing on the merits is set for **November 15, 2007, at 10:00 a.m.** If the parties wish to submit briefs in advance of that hearing, they may do so.

```
                              JAMES ROBERTSON
                         United States District Judge
```