IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

_____
                                            )
SERVICE EMPLOYEES INTERNATIONAL UNION,      )
LOCAL 32BJ,                                 )
                                            )
                  Plaintiff,                )
v.                                          )
                                            )
                                            ) Civil Action No.  07-cv-1272 (JR)
                                            )
QUALITY ASSURED CLEANING                    )
CONTRACTORS, INC.                           )
                                            )
                  Defendant.                )
                                            )
_____ )

**MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Katchen Locke, Plaintiff Service Employees International Union, Local 32BJ, by its undersigned attorneys, respectfully moves for an Order pursuant to Local Civil Rule 83.2(d) admitting Katchen Locke to appear for Plaintiff in this matter *pro hac vice*.


Dated:  November 27, 2007
        New York, New York

                                    Respectfully Submitted,

                                    SLEVIN & HART, P.C.

                                    /s/
                                    Thomas J. Hart (DC Bar #165647)
                                    Slevin & Hart, P.C.
                                    1625 Massachusetts Ave., N.W., Suite 450
                                    Washington, D.C. 20036
                                    202-797-8700 Tel.
                                    202-234-8231 Fax

                                    Attorneys for Plaintiff Local 32BJ

Points and authorities:  Local Rule 83.2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ, ) ) ) )<br><br>           Plaintiff, )<br>v. )<br>           )<br>           )<br>QUALITY ASSURED CLEANING )<br>CONTRACTORS, INC. )<br>           )<br>           Defendant. )<br>           ) | Civil Action No. 07-cv-1272 (JR) |

### DECLARATION OF KATCHEN LOCKE IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR PRO HAC VICE

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK  )

KATCHEN LOCKE, an attorney duly admitted to practice law in the Courts of the State of New York, affirms the following under the penalties of perjury:

1. I am an associate general counsel with the Office of the General Counsel of Service Employees International Union, Local 32BJ ("Local 32BJ" or "Local Union"), which organization brings this action. I submit this declaration in support of Local 32BJ's motion to admit me to appear in this action *pro hac vice*.

2. District 82 of Local 32BJ, a division of Plaintiff Local Union, maintains its offices in the District of Columbia.

3. The above captioned matter is brought against an employer who is subject to a collective bargaining agreement ("CBA") with Local 32BJ seeking to enforce an

4. My office address is 101 Avenue of the Americas, New York, New York. My office phone number is (212) 539-2941.

5. I am a member of the Bar of the State of New York.

6. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

7. I have not been admitted *pro hac vice* in this Court prior hereto.

8. I do not engage in the practice of law from any office located in the District of Columbia.

9. It is my good faith belief that my appearance in this matter ultimately assist the Court in understanding the issues involved and the position of Plaintiff.

Wherefore I respectfully request to be permitted to appear *pro hac vice* in this action.

Respectfully submitted,

_____
Katchen Locke
Service Employees International Union,
Local 32BJ
101 Avenue of the Americas, 19th floor
New York, New York 10013
Tel: (212) 539-2941
Fax: (212) 388-2062

Dated: November 27, 2007
New York, New York

arbitration clause contained therein. The CBA covers employees of Defendant who work in the District of Columbia.

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KATCHEN ANNE LOCKE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 15th day of February, 2000 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

November 14, 2007

9502

Clerk of the Court