UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ,

                Plaintiff,

  -against-                                              07 CV 1272 (JR)

                                                            ECF Case

QUALITY ASSURED CLEANING CONTRACTORS,

                Defendant.
-------------------------------------------------------------------X

## JOINT APPLICATION FOR CONTINUANCE OF HEARING

      Defendant Quality Assured Cleaning Contractors ("Employer") and Plaintiff Service Employees International Union, Local 32BJ ("Union"), pursuant to Local Rule 57.2(b), jointly request a one-week continuance of the hearing that is currently scheduled in this matter for November 30, 2007 at 2:00 p.m.

      This action is brought by the Union to compel the Employer to arbitrate a grievance concerning the discharge of bargaining unit member, Petra Mercedes.

      The reason for the continuance request is that the parties believe settlement of the matter is likely very soon, as the Union is not seeking reinstatement, and the monetary gap between the parties currently is not vast.

      There has been one prior, two-week continuance in this matter, which was sought by both parties.

Dated:  November 29, 2007

                                                        Respectfully Submitted,

                                                        CHUNG & PRESS, P.C.

2

  /s/ Daniel M. Press_____
By: Daniel M. Press, Esq.
Chung & Press, P.C.
6723 Whittier Avenue, Suite 302
McLean, VA 22101

Attorneys for Defendant
Quality Assured Cleaning Contractor


SLEVIN & HART, P.C.

  /s/ Thomas J. Hart (by email authorization)
By: Thomas J. Hart, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
202-797-8700 Tel.
202-234-8231 Fax

Attorneys for Plaintiff Local 32BJ