**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
SERVICE EMPLOYEES INTERNATIONAL :
UNION, LOCAL 32BJ,              :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 07-1272 (JR)
                                :
QUALITY ASSURED CLEANING        :
CONTRACTORS,                    :
                                :
        Defendant.              :
```

**ORDER**

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Katchen Locke [10], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                      JAMES ROBERTSON
                            United States District Judge