IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
SERVICE EMPLOYEES INTERNATIONAL UNION,  *
LOCAL 32BJ                              *   Civil Action No.
                                        *
        Plaintiff,                      *   07-cv-1272 (JR)
v.                                      *
                                        *
QUALITY ASSURED CLEANING CONTRACTORS, INC., *
                                        *
        Defendants.                     *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and pursuant to Fed. R. Civ. P. Rule 41(a), hereby stipulate that this action be and hereby is DISMISSED WITH PREJUDICE as settled.

Dated: December 11, 2007.

        Respectfully Submitted,

        CHUNG & PRESS, P.C.

        /s/ Daniel M. Press (by email authorization)
        By: Daniel M. Press, Esq.
        Chung & Press, P.C.
        6723 Whittier Avenue, Suite 302
        McLean, VA 22101
        Attorneys for Defendant
        Quality Assured Cleaning Contractors, Inc.

        SLEVIN & HART, P.C.

        /s/ Thomas J. Hart
        By: Thomas J. Hart, Esq.
        Slevin & Hart, P.C.
        1625 Massachusetts Ave., N.W., Suite 450
        Washington, D.C. 20036
        202-797-8700 Tel.
        202-234-8231 Fax
        Attorneys for Plaintiff Local 32BJ

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ,

              Plaintiff,

-against-                                         07 CV 1272 (JR)

                                                            ECF Case

QUALITY ASSURED CLEANING CONTRACTORS,

              Defendant.
---------------------------------------------------------------X

## STIPULATION OF SETTLEMENT

Plaintiff Service Employees International Union, Local 32BJ ("Union" or "Local 32BJ") and Defendant Quality Assured Cleaning Contractors ("Employer" or "QACC") hereby stipulate to settle the above action upon the following terms:

1. QACC shall pay Petra Mercedes the sum of two thousand dollars ($2,000), which shall be treated as a settlement payment and not wages, within one week of the later of execution of this Stipulation and receipt by QACC of a general release from Petra Mercedes in favor of QACC;

2. Concurrently with delivery of the payment referenced above QACC shall provide Petra Mercedes a neutral letter of reference stating only the fact and dates of employment, and in the event a prospective employer seeks a reference from QACC concerning Petra Mercedes, QACC shall provide only the information contained in the neutral letter of reference.

3. Upon execution hereof, Local 32BJ shall dismiss the above action with prejudice, each party to bear its own costs and legal fees, and shall withdraw with prejudice its demand to arbitrate the discharge of Petra Mercedes;

4.  Upon execution hereof, Local 32BJ agrees to and hereby does waive any and all claims it has or could have had against QACC, its officers, employees, or affiliates, concerning the discharge of Petra Mercedes, other than as expressly provided in paragraphs 1-2 hereof.

5.  By executing this Stipulation, neither party admits any wrongdoing.

For QACC _Shellyn G McCaffrey_

Dated: _12-10-07_

For Local 32BJ

Dated: _____

2